JEFFREY S. SPENCER, ESQ. (SBN 9197)
CODY K. MARRIOTT, ESQ. (SBN 14147)
SILVER STATE LAW LLC
61 Continental Drive
Reno, Nevada 89509
Telephone: (775) 786-7445
jeff@sslawnv.com
cody@sslawnv.com
*Attorneys for Plaintiff/Counterdefendant*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVIS COMPANY INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CV STARDUST38 LLC, a Nevada Limited Liability Company; MJD DEVELOPMENT LLC, a Foreign Limited Liability Company; and DOES 1-50 inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00173-RCJ-CSD |
| CV STARDUST38 LLC, a Nevada Limited Liability Company; MJD DEVELOPMENT LLC, a Foreign Limited Liability Company,<br><br>Counterclaimants,<br><br>vs.<br><br>DAVIS COMPANY INCORPORATED, a Nevada Corporation,<br><br>Counterdefendant. | |



## ORDER
## FOR DISMISSAL WITH PREJUDICE

1

Plaintiff/Counterdefendant DAVIS COMPANY INCORPORATED, a Nevada Corporation, and Defendant/Counterclaimant CV STARDUST38 LLC, a Nevada Limited Liability Company; MJD DEVELOPMENT LLC, a Foreign Limited Liability Company, by and through their undersigned attorneys, hereby stipulate and agree to dismiss this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED AND AGREED.

Dated: October 23, 2023.

SNELL & WILMER L.L.P.

/s/ _____
Janine C. Prupas (NV Bar No. 9156)
Sarah B. Lee (NV Bar No. 15586)
50 West Liberty Street, Suite 510
Reno, NV 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jprupas@swlaw.com
       sblee@swlaw.com
*Attorneys for CV Stardust38 LLC and MJD Development LLC*

Dated: October 24, 2023.

SILVER STATE LAW

/s/ _____
Jeffrey S. Spencer (NV Bar No. 9197)
Cody K. Marriott (NV Bar No. 14147)
61 Continental Drive
Reno, NV 89509
Telephone: (7775) 786-7445
Email: jeff@sslawnv.com
       cody@sslawnv.com
*Attorneys for Davis Company Incorporated*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: October 26, 2023